# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 18 2016
MATTHEW J. DYKMAN
CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
One (1) brown cardboard box shipped as a FedEx ) Case No.
Package, Tracking Number 783045396462. (Further )
depicted in attached photograph) ) 16 mr 386

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One (1) brown cardboard box shipped as a FedEx Package, Tracking Number 783045396462, presently located at the

located in the __Judicial__ District of __New Mexico__, there is now concealed *(identify the person or describe the property to be seized)*:
Cocaine, Methamphetamine, Heroin and/or marijuana

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
(See Affidavit, Attachment A)

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jarrell W. Perry, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05-18-2016

*Judge's signature*

City and state: Albuquerque, New Mexico

Kirtan Khalsa, US Magistrate Judge
*Printed name and title*

## Attachment A

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Jarrell W. Perry, being duly sworn, hereby depose, and state as follows:

I am a Special Agent of the Drug Enforcement Administration (DEA). I have been so employed since September, 1998. Prior to my employment with the DEA, I was a Police Officer for approximately six years. By virtue of my employment with the DEA, I am authorized to conduct investigations of violations of the Controlled Substances Act. Over the course of my twenty-four years in law enforcement, I have been assigned to the DEA Albuquerque District Office Interdiction Unit for approximately 17 years and have been involved in over 1,300 seizures of illegal narcotics and United States Currency on Amtrak Trains, Airports, packaging services and various bus companies. I have also participated in and/or executed many search warrants involving various packages. I am currently assigned to the Albuquerque District Office Interdiction Group.

This affidavit is offered in support of an application seeking authorization to conduct a search for contraband contained in a Federal Express Package, 18" x 12" x 6", Tracking Number 783045396462 (hereinafter referred to as the SUBJECT PROPERTY). It is my belief that the SUBJECT PROPERTY currently contains evidence of violations of Title 21 United States Code, Section 841(a) (1), the manufacture, distribution and possession with intent to distribute a controlled substance. Because this affidavit is being submitted for the limited purpose of obtaining a search warrant, I have not included each and every fact known to me concerning this investigation. I have also relied on the experience and assistance of Albuquerque Police

1

Department and DEA Task Force Officer (TFO) Narcotics Canine Handler Jason Franklin during this investigation.

## BACKGROUND OF THE INVESTIGATION

On May 10, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry received information from a confidential source, hereafter referred to as CS, concerning a Federal Express Package that was being shipped from the Ontario/Pomona, California area to Bronx, New York that was to contain a large amount of illegal narcotics that were to be concealed inside of the package. The CS is familiar with the shipment of illegal narcotics from California to the metropolitan Boston, Massachusetts and New York area and is also aware of the shipment methods of the proceeds from the sale of the illegal narcotics from the metropolitan Boston, Massachusetts and New York area to California.  The CS has been reliable in the past and provided S/A Perry with detailed information concerning a package that was shipped via the United States Parcel Service in which S/A Perry obtained and executed a federal search warrant on the package on March 19, 2016 that contained $27,500.00 United States Currency. The CS also provided detailed information concerning a different package that was shipped via Federal Express in which S/A Perry obtained and executed a federal search warrant on the package on April 5, 2016 that contained approximately .90 gross kilograms of crystal methamphetamine.

S/A Perry was informed by the CS that a package was being shipped via Federal Express, ground home delivery, in a brown cardboard box with Federal Express Tracking Number 783045396462. The CS provided the recipient as Sammy LARA, address of: 2910 Radcliff

2

Avenue, Bronx, New York, 10469-3915. S/A Perry was informed by the CS that the package was shipped on May 10, 2016 at approximately 3:30 p.m. and was to be delivered on Tuesday, May 17, 2016, at the address in Bronx, New York.

S/A Perry contacted Federal Express Security personnel in Woodbridge, New Jersey concerning the above mentioned Federal Express Package. Federal Express Security personnel were able to locate the aforementioned package. DEA Newark, New Jersey Special Agents retrieved the aforementioned Federal Express Package and had it rerouted to Albuquerque, New Mexico.

On May 18, 2016, S/A Perry received the aforementioned Federal Express package at the Drug Enforcement Administration Albuquerque District Office in Albuquerque, New Mexico. S/A Perry looked at the shipping label on the front of the package which revealed the shipper as: Elite Shipping, 602 West Holt Boulevard, Suite C, Ontario, California 91762 and the recipient as: Sammy LARA, 2910 Radcliff Avenue, Bronx, New York, 10469-3915. The package had a shipping date of March 10, 2016 with a weight of 7.87 pounds, dimensions of 18" x 12" x 6", tracking number 783045396462 with a delivery date of May 17, 2016.

At the DEA Albuquerque District Office, DEA TFO Jason Franklin deployed his trained and certified narcotics canine, "Angel", on the aforementioned Federal Express package. TFO Franklin informed S/A Perry that "Angel" alerted to the aforementioned Federal Express package for the odor of illegal narcotics. "Angel" was last certified by the California Narcotics Canine Association on April 20, 2016 to detect the Marijuana, Cocaine, Heroin and Methamphetamine and their derivatives.

Based on the above listed facts listed throughout this affidavit, it is my belief that the aforementioned Federal Express package has concealed within the SUBJECT PROPERTY controlled substances.

Wherefore, your Affiant respectfully requests that a search warrant be issued authorizing the search for the items outlined above.

This search warrant and supporting affidavit were approved by Assistant United States Attorney Kimberly Brawley.

Jarrell W. Perry, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

May 18, 2016, at Albuquerque, New Mexico

Kirtan Khalsa, United States Magistrate Judge

```
FROM: (909) 397-3700
A Great Customer of:
Elite Shipping
602 W. Holt Blvd Suite C
ONTARIO CA 91762
US

TO Sammy Lara
2910 RADCLIFF AVE

BRONX NY 10469

(562) 532-6985
INV: PKG ID: 4012
PO:                    REF:
                       DEPT:

SHIP DATE: 11MAY16
ACTWGT: 7.87 LB
CAD: 108897999/WSXI3100
DIMMED: 18 X 12 X 6 IN

BILL SENDER
```

(US)

FedEx Home Delivery

540J1/6323/727F

J161016020501uv

